IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KELLY WHISBY,
    Plaintiff,

vs.                       Case No. 5:10cv176MCR/MD

JOHN DOE 1, et al.,
    Defendants.
_____/

O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on August 5, 2010, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(g), and the clerk is directed to close the file.

DONE AND ORDERED this 25th day of August, 2010.

                                    *s/ M. Casey Rodgers*
                                    M. CASEY RODGERS
                                    UNITED STATES DISTRICT JUDGE