IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KELLY WHISBY,
    Plaintiff,

v.                                Case No.: 5:10cv176/MCR/MD

JOHN DOE I, et al.,
    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 22, 2012.  (Doc. 16).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No timely objections have been filed.

Having considered the Report and Recommendation, and the record, the court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    Defendant's motion to reopen the case and proceed *in forma pauperis* (doc. 13) is **DENIED**.

**DONE AND ORDERED** this 5th day of October, 2012.

                                                       s/ *M. Casey Rodgers*
                                                       **M. CASEY RODGERS**
                                                       **CHIEF UNITED STATES DISTRICT JUDGE**